IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RHONDA GLASCO FODERNGHAM, as Administrator for the Estate of Gary Glasco,** | : : : : | Civil No. 1:18-CV-0202 |
| **Plaintiff,** | : : | |
| v. | : : | |
| **JOHN WETZEL, et al.,** | : : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY**

**ORDERED** as follows:

I. The Report and Recommendation of the magistrate judge (Doc. 29) is adopted in part and denied in part.

II. The DOC Defendants' motion to dismiss Count II of Plaintiff's complaint (Doc. 17) is **GRANTED**.

III. Mahmud's motion to dismiss (Doc. 25) is **DENIED**.

                                             s/Sylvia H. Rambo
                                             SYLVIA H. RAMBO
                                             United States District Judge

Dated: March 28, 2019